IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DOVGAN,  )
                              )   2:11-cv-00271-GEB-GGH
        Plaintiff,  )
                              )
   v.  )   <u>ORDER</u>
                              )
BANK OF AMERICA, N.A., NORTHWEST  )
TRUSTEE SERVICES, INC., JOHN OR  )
JANE DOES 1-1000, Inclusive,  )
                              )
        Defendants.  )
_____ )

       On December 12, 2011, Defendant Bank of America, N.A. filed an "Application for Order Expunging Notice of Lis Pendens" ("application"). (ECF No. 22.) An Order was filed on July 8, 2011 granting Defendant's motion to dismiss and dismissing this action with prejudice under Federal Rule of Civil Procedure 41(b). (ECF No. 19.) Defendant argues that the Notice of Lis Pendens filed on June 14, 2010, concerning the property at 7229 La Tour Drive, Sacramento, California 95842 (APN: 219-0440-027-000), should be expunged. Since this action was dismissed with prejudice, Defendant's application is GRANTED and the Notice of Lis Pendens attached to this Order is ordered expunged.

Dated:  December 13, 2011

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

TIMOTHY L. MCCANDLESS, ESQ. SBN 147715
LAW OFFICES OF TIMOTHY L. MCCANDLESS
1881 Business Center Drive, Suite 9A
San Bernardino, CA 92408

(909) 890-9192 Telephone
(909) 382-9956 Facsimile

Attorney for *Plaintiff*,
*Michael Dovgan*

FILED/ENDORSED
JUN 1 4 2010
By. _L. Whitfield_
Deputy Clerk

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA
### IN AND FOR COUNTY OF SACRAMENTO

| *Michael Dovgan* | CASE NO: 34-2010-00079567 |
|---|---|
| Plaintiff, | NOTICE OF LIS PENDENS |
| V. | |
| BANK OF AMERICA, N.A., NORTHWEST TRUSTEE SERVICES, INC and DOES 1 through 10 inclusive | |
| Defendants. | |

### NOTICE OF PENDENCY ACTION

Notice is given that the above-entitled action was filed in the above-entitled court by Michael Dovgan

["Plaintiff"] against, BANK OF AMERICA, N.A., NORTHWEST TRUSTEE SERVICES, INC and DOES 1 through 10 inclusive Defendant (s). The action affects the title to a specific parcel of Real Property and the right to lawful possession of the same, the property location is: 7229 La Tour Drive, Sacramento California 95842

1
NOTICE OF PENDENCY

1  And whose Legal description is as follows:
   LOT 655, AS SHOW ON THE PLAT OF "LARCHMONT CHARDONNAY UNIT NO.
2  7", RECORDED IN THE OFFICE OF THE RECORDER OF SACRAMENTO COUNTY IN
   BOOK 140 OF MAPS, MAP NO.16.
3

4  APN: 219-0440-027-0000

5

6  The natures of the claims are, (i) DECLARATORY REFLIEF (ii) To set aside a wrongful

7  foreclosure (iii) FRAUD, (iv) Slander of Title, (v) Statutory Violations of RESPA

8  (vi) Defective Foreclosure, Trustee's Deed is invalid as not being "Duly Perfected" pursuance to

9  
10 Civil Code 2924.

11 Dated: June 14, 2010

12

13

14                                              LAW OFFICES OF TIMOTHY L. MCCANDLESS
15
16                                              _____
17                                              Timothy L. McCandless, Attorney for Plaintiff(s)

18                                              Michael Dovgan

2
NOTICE OF PENDENCY